UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:  CASE NO.: 25-14892

  CHAPTER 13

Marie Gary,
   Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004

Robertson, Anschutz, Schneid & Crane LLP
Attorney for Secured Creditor
1 Park Plaza, Suite 600
Irvine, CA 92614
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/David Coats
    David Coats
    Email: dacoats@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 13, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MARIE GARY
225 EAST 12TH STREET
LOS ANGELES, CA 90015

And via electronic mail to:

KATHY A DOCKERY (TR)
801 FIGUEROA STREET, SUITE 1850
LOS ANGELES, CA 90017

UNITED STATES TRUSTEE (LA)
915 WILSHIRE BLVD, SUITE 1850
LOS ANGELES, CA 90017

By: /s/ Angela Gill